IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EARL LEGARDY,

       Plaintiff,             No. CIV S-07-0676 LKK GGH P

   vs.

I. CEBALLOS,

       Defendant.         <u>ORDER</u>

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On August 9, 2007, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant I. Ceballos was returned unserved because "no longer at H.D.S.P."  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3   along with an instruction sheet and a copy of the complaint filed March 5, 2007;

4         2.  Within sixty days from the date of this order, plaintiff shall complete and

5   submit the attached Notice of Submission of Documents to the court, with the following

6   documents:

7         a.  One completed USM-285 form for defendant I. Ceballos;

8         b.  Two copies of the endorsed complaint filed March 5, 2007; and

9         c.  One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED:  04/18/08

12                                             /s/ Gregory G. Hollows

13                                         GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

14  GGH:bb
    lega0676.8e

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD EARL LEGARDY,

11            Plaintiff,                    No. CIV S-07-0676 LKK GGH P

12      vs.

13   I. CEBALLOS,                          NOTICE OF SUBMISSION

14            Defendant.                   OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            ___1___      completed summons form

19            ___1___      completed USM-285 form

20            ___2___      copies of the __March 5, 2007_____
                                          Complaint/Amended Complaint

21   DATED:

22

23                                        _____

24                                        Plaintiff

25

26