IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EARL LEGARDY,

    Plaintiff,                      No. CIV S-07-0676 LKK GGH P

    vs.

I. CEBALLOS,

    Defendant.                <u>ORDER</u>

_____/

        On March 5, 2008, service as to defendant Ceballos was returned unexecuted. On April 18, 2008, the court granted plaintiff sixty days to obtain further information in order to serve this defendant. On June 25, 2008, plaintiff submitted the forms necessary to effect service. However, the section of the USM-285 for defendant's address is blank. Plaintiff also separately filed a request for judicial information stating that he cannot locate defendant.

        Attached to the unexecuted USM-285 form is a letter from the litigation coordinator at High Desert State Prison. This letter states that defendant transferred to the Department of Real Estate, unknown address. The letter also contains a mailing address for defendant. The court will direct the U.S. Marshal to attempt service on defendant Ceballos at the mailing address contained in the letter from the Litigation Coordinator.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 25, 2008, request
2  for judicial intervention is denied as unnecessary.
3  DATED: 07/21/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

leg676.ord