IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EARL LEGARDY,

    Plaintiff,                     No. CIV S-07-0676 LKK GGH P

    vs.

I. CEBALLOS,

    Defendant.                 <u>ORDER</u>

_____/

        On September 4, 2008, plaintiff filed a motion for his legal property. Plaintiff states that following his recent transfer to the R. J. Donovan Correctional Facility, he determined that some of his legal property was missing.

        It is unclear to the court if plaintiff is claiming that all of his legal property is missing or just some of it. In any event, it is the court's experience that when inmates are transferred to new prisons, it may take some time for them to receive their legal property. The court also observes that attached to plaintiff's motion is a document indicating that plaintiff was placed in administrative segregation following his arrival at R. J. Donovan. It is possible that plaintiff's access to his legal property is limited by his placement in administrative segregation.

        Because the court cannot determine the extent to which plaintiff is being denied access to his legal property or why, plaintiff's September 4, 2008, motion is denied without

1

1 | prejudice.  Plaintiff may refile this motion if he is still without his legal property.  A renewed
2 | motion must identify the missing property and, if possible, explain why the property is missing.
3 |       Accordingly, IT IS HEREBY ORDERED that plaintiff's September 4, 2008,
4 | motion for property (# 28) is denied.
5 | DATED: 10/08/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

leg676.cop

2