# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD EARL LEGARDY, | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-00676-KJD-PAL |
| vs. | ) | **ORDER** |
| I. CEBALLOS, | ) | (Mtn for Status - Dkt. #39) |
| Defendant. | ) | |

This matter is before the court on Plaintiff Ronald Earl Legardy Motion for Legal Status Report (Dkt. #39). Plaintiff asserts that he has several pending motions which have not been ruled upon. He also states that he has never received proof of service of the Complaint and summons from the U.S. Marshal's Service. The court has reviewed the docket in this matter, and there are no pending motions. Furthermore, it appears Plaintiff's Complaint was served on Defendant Ceballos, and Defendant executed and filed a Waiver of Service of Summons (Dkt. #26) on August 14, 2008. It does not appear that Defendant has filed an answer or other responsive pleading.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Status (Dkt. #39) is GRANTED.

Dated this 20th day of September, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE