# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EARL LEGARDY,<br><br>    Plaintiff,<br><br>v.<br><br>I. CEBALLOS,<br><br>    Defendant. | Case No. 2:07-CV-00676-KJD-PAL<br><br>**ORDER** |

Presently before the Court is Plaintiff's Motion for Default Judgment (#45). Before resolving the motion, Plaintiff is hereby ordered to provide the Court with competent medical evidence establishing that the acts Plaintiff alleges violated his constitutional rights caused the injuries that he seeks damages for. Plaintiff's evidence should be provided in affidavit form by a person competent to testify as to causation. The affidavit should be made on personal knowledge, setting out facts that would be admissible in evidence and set out the name, address and professional qualifications of the affiant. Plaintiff shall file the affidavit and supporting evidence no later than February 28, 2011.

**IT IS SO ORDERED.**

DATED this 1st day of February 2011.

_____
Kent J. Dawson
United States District Judge