UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD EARL LEGARDY,

    Plaintiff,

v.

I. CEBALLOS,

    Defendant.

Case No. 2:07-CV-00676-KJD-PAL

**ORDER**

      Presently before the Court is Plaintiff's Motion for Default Judgment (#45). Also before the Court is Plaintiff's Motion for Injunction (#47), Motion for Extension of Time to Provide Court with Medical Evidence (#49) and Motion to Stay (#54). On February 1, 2011, the Court ordered (#48) Plaintiff to file admissible medical evidence establishing that the acts that Plaintiff alleged violated his constitutional rights caused the injuries that he seeks damages for. Plaintiff then filed a motion to compel discovery, request for an extension of time and motion to stay the proceedings to allow him to gather evidence.

      Accordingly, Plaintiff's Motions (#49/54) are granted to the extent that Plaintiff seeks an extension of time to provide the evidence. However, Plaintiff must provide the evidence detailed in the Court's Order (#48) no later than thirty (30) days after the magistrate judge rules on Plaintiff's Motion to Compel (#52), unless the magistrate grants a longer extension. Furthermore, Plaintiff's

1  Motion for Default Judgment (#45) is DENIED without prejudice.  Plaintiff must renew the motion
2  no later than thirty days after the magistrate judge rules on the motion to compel.  Failure to do so
3  will result in Plaintiff's complaint being dismissed.  Finally, Plaintiff's Motion for an Injunction
4  (#47) is DENIED.

**IT IS SO ORDERED**.  **NO FURTHER EXTENSIONS SHALL BE GRANTED.**

DATED this  29th  day of September 2011.

_____
Kent J. Dawson
United States District Judge