# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EARL LEGARDY,<br><br>　　　Plaintiff,<br><br>v.<br><br>I. CEBALLOS,<br><br>　　　Defendant. | Case No. 2:07-CV-00676-KJD-PAL<br><br>**ORDER** |

　　　Presently before the Court is Plaintiff's Motion for Default Judgment (#45). Also before the Court is Plaintiff's Motion for Injunction (#47), Motion for Extension of Time to Provide Court with Medical Evidence (#49) and Motion to Stay (#54). On February 1, 2011, the Court ordered (#48) Plaintiff to file admissible medical evidence establishing that the acts that Plaintiff alleged violated his constitutional rights caused the injuries that he seeks damages for. Plaintiff then filed a motion to compel discovery, request for an extension of time and motion to stay the proceedings to allow him to gather evidence.

　　　Accordingly, Plaintiff's Motions (#49/54) are granted to the extent that Plaintiff seeks an extension of time to provide the evidence. However, Plaintiff must provide the evidence detailed in the Court's Order (#48) no later than thirty (30) days after the magistrate judge rules on Plaintiff's Motion to Compel (#52), unless the magistrate grants a longer extension. Furthermore, Plaintiff's

Motion for Default Judgment (#45) is DENIED without prejudice. Plaintiff must renew the motion no later than thirty days after the magistrate judge rules on the motion to compel. Failure to do so will result in Plaintiff's complaint being dismissed. Finally, Plaintiff's Motion for an Injunction (#47) is DENIED.

**IT IS SO ORDERED**.  **NO FURTHER EXTENSIONS SHALL BE GRANTED.**

DATED this  29th  day of September 2011.

_____
Kent J. Dawson
United States District Judge