# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

RONALD EARL LEGARDY,

    Plaintiff,

v.

I. CEBALLOS,

    Defendant.

Case No. 2:07-CV-00676-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Default Judgment (#65) and Motion for Evidentiary Hearing (#62). On February 1, 2011, the Court ordered (#48) Plaintiff to file admissible medical evidence establishing that the acts that Plaintiff alleged violated his constitutional rights caused the injuries for which he seeks damages. The Court specifically instructed Plaintiff that his evidence should be provided in affidavit form by a person competent to testify as to causation. The Court further instructed Plaintiff that the affidavit should be made on personal knowledge, setting out facts that would be admissible in evidence and including the name, address and professional qualifications of the affiant. The Court ordered Plaintiff to file the affidavit no later than February 28, 2011. Plaintiff sought extensions of time which the Court freely granted.

    Now Plaintiff has again moved at the eleventh hour for extensions of time and an evidentiary hearing to prove up his claims. Rule 55(b)(2)(C) does allow a court, in its discretion, to conduct

1 hearings or make referrals when it needs to establish the truth of any allegation by evidence.  The
2 opportunity to provide an affidavit as described by the Court to Plaintiff was such a hearing or
3 referral.  Plaintiff has not provided an affidavit as described by the Court.  Instead, Plaintiff has now
4 requested an evidentiary hearing, but has not specified what evidence he will provide demonstrating
5 that his damages are caused by the alleged constitutional violations rather than pre-existing mental
6 health conditions.

7 Therefore, Plaintiff having continually failed to comply with the orders of the Court and
8 having failed to prove that his damages were caused by the constitutional violations, the Court must
9 deny Plaintiff's motion for default judgment.  Furthermore, Plaintiff has failed to establish a
10 necessary element of his claim filed five years ago.

11 Accordingly, IT IS HEREBY ORDERED that  Plaintiff's Motions for Default Judgment
12 (#65) and for Evidentiary Hearing (#62) are **DENIED**;

13 IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**.

14 DATED this 29TH day of March 2012.

_____
Kent J. Dawson
United States District Judge